IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY, Forced Private School's from State to State of 1st Degree Assaults on him Defendants;<br><br>Plaintiff,<br><br>vs.<br><br>WOLMAN, Woodman of Private Escorts on School Buses and Orphan Houses in United States; METRO BUS, OMAHA PUBLIC SCHOOLS, and NON-PROFIT OF NEPOTISM,<br><br>Defendants. | 8:23CV389<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. The above-captioned matter has been provisionally filed on August 30, 2023. Filing No. 1. However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, Plaintiff must correct the defect listed below. FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE COMPLAINT.

Plaintiff has failed to sign the Complaint in accordance with Federal Rule of Civil Procedure 11 and the Court's Local Rules. This matter cannot proceed until the Complaint is signed.

IT IS THEREFORE ORDERED that:

2

1. Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before **October 18, 2023.**

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **October 18, 2023**: deadline for submission of a signed complaint.

4. No further review of this case shall take place until Plaintiff complies with this order

Dated this 18th day of September, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court