IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY, Forced Private School's from State to State of 1st Degree Assaults on him Defendants;<br><br>Plaintiff,<br><br>vs.<br><br>WOLMAN, Woodman of Private Escorts on School Buses and Orphan Houses in United States; METRO BUS, OMAHA PUBLIC SCHOOLS, and NON-PROFIT OF NEPOTISM,<br><br>Defendants. | 8:23CV389<br><br><br>**MEMORANDUM AND ORDER** |

Plaintiff filed a request to proceed in forma pauperis, Filing No. 2, and a supplement, Filing No. 7. However, his request and supplement does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). Plaintiff has the choice of either submitting the $402.00 filing and administrative fees to the Clerk's Office or submitting a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $402.00 fees to the Clerk's Office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **November 27, 2023**: Check for MIFP or payment.

4. No further review of this case shall take place until Plaintiff complies with this order.

Dated this 25th day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court