IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY, Forced Private School's from State to State of 1st Degree Assaults on him Defendants=;<br><br>Plaintiff,<br><br>vs.<br><br>WOLMAN, Woodman of Private Escorts on School Buses and Orphan Houses in United States; METRO BUS, OMAHA PUBLIC SCHOOLS, and NON-PROFIT OF NEPOTISM,<br><br>Defendants. | 8:23CV389<br><br><br><br>**MEMORANDUM AND ORDER** |

On October 25, 2023, the Court ordered Plaintiff to either file a motion to proceed in forma pauperis ("IFP") or pay the filing fee within 30 days or his Complaint would be dismissed without further notice (the "October 25 Order"). Filing No. 10. To date, Plaintiff has not paid the filing fee, filed an IFP motion, or sought additional time to comply.

Plaintiff has already been instructed that the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis, requires a plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." *Id.* at 1 (citing 28 U.S.C. § 1915(a)(1)). He has also been informed that his prior attempts to seek leave to proceed IFP have failed due

to his failure to comply with the affidavit requirement, and he has been provided with an appropriate form to aid his in compliance but has not utilized it in this case. *Id.*

While Plaintiff has filed multiple documents deemed correspondence since the entry of the October 25 Order, only his correspondence dated October 30, 2023, appears to address the October 25 Order. *Compare* Filing No. 11 *with* Filing No. 12; Filing No. 13. In his October 30 correspondence Plaintiff, writing on a copy of the October 25 Order, stats that that he "choose[s] 'not' to live in poverty and work community service under a restricted income," after which he attaches various records with no apparent relation to the IFP affidavit requirements. *See* Filing No. 11.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with a Court Order. The Court will enter judgment by a separate document.

Dated this 14th day of December, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Court