IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY, Forced Private School's from State to State of 1st Degree Assaults on him Defendants;<br><br>Plaintiff,<br><br>vs.<br><br>WOLMAN, Woodman of Private Escorts on School Buses and Orphan Houses in United States; METRO BUS, OMAHA PUBLIC SCHOOLS, and NON-PROFIT OF NEPOTISM,<br><br>Defendants. | 8:23CV389<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on correspondence from Plaintiff Walter Holloway filed on December 22, 2023, December 27, 2023, and December 29, 2023, *see* Filing No. 17, Filing No. 18, and Filing No. 19, as well as a motion to proceed in forma pauperis (the "IFP Motion") filed on December 18, 2023, Filing No. 16.

Plaintiff's correspondence is rambling and nonsensical. In his December 22, 2023, correspondence Plaintiff attaches a page half typed and half handwritten. Filing No. 17. The typewritten portion consists of a copy of the "Notice – Civil Appeals in Pro Se Cases" that was attached to the judgment in this case, *see* Filing No. 24-1, and is immediately followed by several handwritten pages discussing his book titled "Homeless then, homeless now." *Id.* at 1. His December 27, 2023, correspondence lists several unrelated

case numbers and a nonsensical discussion, as does his December 29, 2023, correspondence. See Filing No. 18; Filing No. 19. Ultimately in his correspondence, Plaintiff appears to express frustration about various individuals, businesses, and policies but the Court cannot discern what relief Plaintiff seeks from the Court and the statements in his correspondence appear delusional and not based in fact or reality. Accordingly, the Court will take no action on Plaintiff's correspondence.

On October 25, 2023, Plaintiff was ordered to pay the filing fee or file a motion to proceed in forma pauperis and was warned that failure to comply would result in his case being dismissed. Filing No. 10. After Plaintiff failed to comply or otherwise participate in the proceeding, on December 14, 2023, the Court issued a Memorandum and Order and Judgment dismissing the case for failure to prosecute and failure to comply with a prior order of the Court. Filing No. 14; Filing No. 15. Plaintiff's filing of his IFP Motion on December 18, 2023, Filing No. 16, occurred after the case was dismissed and closed. As such the IFP Motion was improperly filed into a closed case and shall be denied.

Additionally, the Court admonishes Plaintiff to refrain from filing any other materials in this case as this matter is closed. The Court will not take any action on any further correspondence or other documents filed in this case that do not comply with federal and the Court's local pleading rules and do not clearly specify the relief sought. This Court is well aware of Plaintiff's propensity for filing frivolous lawsuits[1] as well as extraneous supplemental pleadings, motions, correspondence, and other materials, which resulted in the Court imposing filing restrictions on Plaintiff on December 17, 2020, limiting him to

---

[1] Since 2018, Plaintiff has filed at least twenty-three pro se, in forma pauperis cases, none of which has passed initial review under 28 U.S.C. § 1915(e)(2) so as to be able to proceed to service of process. See, e.g., Filing No. 9 at 3 n.2, Case No. 8:21CV207 (listing a sampling of cases dismissed as frivolous).

filing one pro se, in forma pauperis complaint per month. Filing No. 6, Case No. 8:20CV490. Thus, the Court will not expend its limited resources addressing any more of Plaintiff's incomprehensible filings in this, or any other, closed case.

IT IS THEREFORE ORDERED that: The Court will not take any action on Plaintiff's correspondence, Filing No. 17, Filing No. 18, and Filing No. 19, and denies Plaintiff's IFP Motion, Filing No. 16. Further, the Court will not take any action on future materials filed in this case that do not comply with pleading rules and do not clearly specify the relief sought. This matter is closed, and Plaintiff shall not file any additional materials in this case.

Dated this 3rd day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge